IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM REESE AND STANETTE REESE, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DEBORAH CHOUNG FOSTEN AND DAVID LEE CHOUNG, | : | NO. 02-4951 |
| | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this    day of February, 2003, upon consideration of Plaintiffs' Motion to Enter Default Judgment as to Defendant David Lee Choung (Doc. 6) and Plaintiffs' Motion to Enter Default Judgment as to Defendant Deborah Choung Fosten (Doc. 7), it is hereby ORDERED that an evidentiary hearing is scheduled for March 18, 2003, at 9:30AM in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

It is FURTHER ORDERED that the Plaintiff shall serve this Order on the Defendants upon receipt.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.